

# NUMBER 13-15-00418-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE HEBLEN KANAN, PHARR PLANTATION MANAGEMENT CO., LTD., AND PHARR PLANTATION, INC.

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Order Per Curiam**

Relators, Heblen Kanan, Pharr Plantation Management Co., Ltd., and Pharr Plantation, Inc., filed a petition for writ of mandamus in the above cause on September 14, 2015. Through this original proceeding, relators seek to vacate a contempt order signed by the trial court on December 24, 2014. This original proceeding arises from the same underlying proceedings as does an appeal previously filed in this Court in our cause number 13-15-00172-CV.

The Court requests that the real party in interest, Plantation Homeowners Association, Inc., or any others whose interest would be directly affected by the relief

sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of September, 2015.